THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **In Re Subpoenas Of**<br><br>**MATT HUME**<br><br>**Related Case:**<br><br>**Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | Case No. 2:17-cv-1104-RSL<br><br>Underlying Case No.: 2:15-cv-01045 RFB-PAL (D. Nev.)<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL AND MOTION TO TRANSFER, AND NONPARTIES MATT HUME AND GROUP ONE HOLDINGS PTE LTD.'S MOTION TO QUASH**<br><br>**NOTE ON MOTION CALENDAR: August 4, 2017** |

STIPULATION AND ORDER REGARDING BRIEFING
SCHEDULE FOR PARTIES' MOTIONS TO COMPEL
TRANSFER, AND QUASH
Case No. 2:17-cv-1104-RSL

ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206) 223-2053

1  WHEREAS, Plaintiffs filed their Motion to Compel Deposition and Production of
2  Documents by Third Party Matt Hume and Motion for Sanctions, and their Motion to Transfer
3  Their Motion to Compel Deposition and Production of Documents by Third Party Matt Hume
4  and Motion for Sanctions, on July 20, 2017 (collectively, "Plaintiffs' Motions"); and,

5  WHEREAS, Nonparties Matt Hume and Group One Holdings Pte. Ltd. filed their Motion
6  to Quash Foreign Subpoenas Issued by Plaintiffs on July 20, 2017 (collectively with Plaintiffs'
7  Motions, the "Motions"); and,

8  WHEREAS, opposition briefs regarding the Motions are currently due on July 31, and
9  reply briefs are due on August 4; and,

10  WHEREAS, the parties, in the interest of preserving the Court's resources as well as their
11  own, and having met and conferred on this issue, have agreed to treat the Motions as cross
12  motions pursuant to LCR 7(K);

13  IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Nonparties Matt
14  Hume and Group One Holdings Pte. Ltd., by their undersigned counsel, that opposition briefs in
15  response to the Motions will be due on August 4, 2017, and shall not exceed twelve pages. No
16  reply briefs will be filed relating to the Motions.

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PARTIES' MOTIONS TO COMPEL TRANSFER, AND QUASH
Case No. 2:17-cv-1104-RSL

1

ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206) 223-2053

| | |
|---|---|
| Dated: July 27, 2017 | ZWERLING, SCHACHTER & ZWERLING, LLP |
| | By:  /s/ Dan Drachler |
| | Dan Drachler |

Dan Drachler (WSBA No. 27728)
ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9636

*Local Counsel for the Classes and Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera and Kyle Kingsbury*

Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
**JOSEPH SAVERI LAW FIRM, INC.**
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800
Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera and Kyle Kingsbury*

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PARTIES' MOTIONS TO COMPEL TRANSFER, AND QUASH
Case No. 2:17-cv-1104-RSL

2

ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206) 223-2053

| | | |
|---|---|---|
| 1 | Dated: July 27, 2017 | Davis Wright Tremaine LLP |
| 2 | | By: */s/ Chris C. Morley* |
| 3 | | |
| 4 | | HARRY KORRELL, WSBA #23173<br>CHRIS C. MORLEY, WSBA #51918<br>JOE WONDERLY, WSBA #51925<br>1201 Third Avenue, Suite 2200 Seattle, WA 98101-3045<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | *Attorneys for Matt Hume and Group One Holdings Pte Ltd.* |
| 9 | | |

11  It is so ORDERED.

13  Dated this 28th day of July, 2017.

*[Signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge

21  Presented By:

22   */s/ Dan Drachler*
   Dan Drachler (WSBA No. 27728)

---

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PARTIES' MOTIONS TO COMPEL TRANSFER, AND QUASH
Case No. 2:17-cv-1104-RSL

3

ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206) 223-2053

# CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I served a copy of the following document to be served on all parties requiring service via the Western District of Washington's CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL AND MOTION TO TRANSFER, AND NONPARTIES MATT HUME AND GROUP ONE HOLDINGS PTE LTD.'S MOTION TO QUASH**

/s/ *Dan Drachler*
Dan Drachler

STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PARTIES' MOTIONS TO COMPEL TRANSFER, AND QUASH
Case No. 2:17-cv-1104-RSL

1

ZWERLING, SCHACHTER & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206) 223-2053