Kevin E. Rayhill (*pro hac vice* pending)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
krayhill@saverilawfirm.com

*Attorney for Individual and Representative Plaintiffs*
*Cung Le, Nathan Quarry, and Jon Fitch, Brandon Vera,*
*Luis Javier Vazquez, and Kyle Kingsbury*

Chris C. Morley (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE, LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 757-8084
Fax: (206) 757-7084
Email: chrismorley@dwt.com

*Attorney for Matt Hume and Group One Holdings*
*Pte Ltd.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In Re Subpoenas Of**<br><br>**MATT HUME** | No.: 2:17−cv−02657−JAD−PAL<br><br>**JOINT STATUS REPORT** |
| **Cung Le, Nathan Quarry, and Jon Fitch, Bradon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**Zuffa, LLC, d/b/a Ultimate Fighting Championship and UFC,**<br><br>Defendant. | |

1  Pursuant to the Court's October 13, 2017 Minute Order (ECF No. 26), Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Brandon Vera, Luis Javier Vazquez, and Kyle Kingsbury, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and third party Matt Hume (collectively with Plaintiffs, the "Parties"), submit this Joint Status Report.

This action relates to Plaintiffs' Motion to Compel Deposition and Production of Documents by Third Party Matt Hume and Motion for Sanctions, and Mr. Hume and Group One Holdings Pte Ltd.'s Motion to Quash Foreign Subpoenas (collectively, the "Motions"), which are currently pending before the Court. Magistrate Judge Peggy A. Leen has scheduled a hearing on the Motions for November 16, 2017, at 9:00 am. The Parties seek resolution of their competing Motions, and expect that Judge Leen's ruling on the Motions will resolve all issues raised in the Motions. At this time, the Parties do not believe any further action will be required from this Court.

Respectfully Submitted,

| | |
|---|---|
| 1 | |
| 2 | Dated: November 12, 2017 |
| | |

<div style="columns:2">

Dated: November 12, 2017

JOSEPH SAVERI LAW FIRM, INC.

By:   */s/ Kevin E. Rayhill*
         Kevin E. Rayhill

JOSEPH SAVERI LAW FIRM, INC.
Joseph R. Saveri (admitted *pro hac vice*)
Joshua P. Davis (admitted *pro hac vice*)
Jiamin Chen (admitted *pro hac vice*)
Kevin E. Rayhill (admitted *pro hac vice*)
555 Montgomery Street, Suite 1210
San Francisco, California 94111
Phone: (415) 500-6800/Fax: (415) 395-9940
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
jchen@saverilawfirm.com
krayhill@saverilawfirm.com

*Co-Lead Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

*Liaison Counsel for the Classes and Attorneys for Individual and Representative Plaintiffs Cung Le, Nathan Quarry, Jon Fitch, Luis Javier Vazquez, Brandon Vera, and Kyle Kingsbury*

</div>

By /s/ *Peter J. Smith*

Peter J. Smith
Nevada Bar No. 820
755 No. Roop St. # 108
Carson City, NV 89701
Telephone: (775) 882-9441
Fax: (775) 882-9056
Email: peterjsmith@att.net

Harry Korrell, (admitted *pro hac vice*)
Chris C. Morley, (admitted *pro hac vice*)
Joe Wonderly, (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE, LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
Email: harrykorrell@dwt.com
　　　　chrismorley@dwt.com
　　　　joewonderly@dwt.com

*Attorneys for Matt Hume and Group One Holdings Pte Ltd.*